E-FILED
Thursday, 10 November, 2005  09:24:52 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1219 |
| ) | |
| ROCKFORD MERCANTILE AGENCY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is Defendant's Motion to Dismiss [Doc. # 23]. This is the second motion in which Defendant argues that Plaintiff's Complaint should be dismissed for improper venue. The Court previously found that venue in this district is appropriate considering Plaintiff's Complaint allegations that Defendant violated his rights by contacting him at his home in Mackinaw, Illinois.  See 28 U.S.C. § 1391 (b)(2) ("A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought in . . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated. . . .").

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Doc. # 23] is DENIED.

Entered this   9th   day of November, 2005.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge