**E-FILED**
Tuesday, 22 November, 2005  09:27:48 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
KENNETH SIMMONS,              )
                              )
        Plaintiff,            )
                              )
   v.                         )    Case No. 05-1219
                              )
ROCKFORD MERCANTILE AGENCY,   )
INC.,                         )
                              )
        Defendant.            )
```

## **O R D E R**

Before the Court is Kenneth W. Simmons' Motion For Summary Judgment [Doc. # 29]. The motion is not in compliance with Local Rule 7.1(D). Accordingly, it is hereby stricken.

Entered this   22nd   day of November, 2005.

                              s/Joe B. McDade
                           JOE BILLY McDADE
                       United States District Judge